**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA SLOCUM,                    )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>vs.                                )<br>                                   )<br>RUN RESTAURANTS, LLC, a Nevada     )<br>Limited Liability Corporation,     )<br>dba Hash House a Go Go             )<br>                                   )<br>            Defendant.             )<br>_____| 3:13-cv-00094-HDM-WGC<br><br>ORDER |

The court denies the defendant's motion to dismiss(#7) without prejudice to renew as a motion for summary judgment.

**IT IS SO ORDERED.**

DATED: This 23rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE