**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA SLOCUM, | |
| | 3:13-cv-00094-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| RUN RESTAURANTS, LLC, a Nevada Limited Liability Corporation, dba Hash House a Go Go | |
| Defendant. | |

    The court denies the defendant's motion to dismiss(#7) without prejudice to renew as a motion for summary judgment.

    **IT IS SO ORDERED.**

    DATED: This 23rd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE