1

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA SLOCUM, | Case No. 3:13-cv-00094-HDM-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| RUN RESTAURANTS, LLC, a Nevada Limited Liability Corporation, doing business as Hash House a Go Go, | |
| Defendant. | |

Plaintiff, AMANDA SLOCUM, and RENO RUN, LLC (incorrectly sued as RUN RESTAURANTS, LLC), by and through their undersigned counsel of record, enter into this stipulation for dismissal of all claims asserted by Plaintiff in this matter (whether asserted against RUN RESTAURANTS, LLC, RENO RUN, LLC or otherwise), with prejudice. Each party shall bear their own fees and costs.

Dated this 23rd day of July, 2013.                    Dated this 23rd day of July, 2013.

IAN E. SILVERBERG, P.C.                              SANTORO WHITMIRE

*/s/ Ian E. Silverberg*                                          */s/ James E. Whitmire*
Ian E. Silverberg, Esq.                                        JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 5501                                         Nevada Bar No. 6533
227 Clay Street                                                   10100 West Charleston Blvd., Ste 250
Reno, NV 89501                                                 Las Vegas, Nevada  89135
*Attorney for Plaintiff*                                          *Attorney for Reno Run, LLC*

## ORDER

The Court, having considered the above stipulation of the parties and good cause appearing:

**IT IS SO ORDERED.**

Dated this 24th day of July, 2013.

_____
**UNITED STATES DISTRICT JUDGE**